UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CR30-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TIJWAN DUPREE STEPHENS | ) | |
| | ) | |
| _____ | ) | |

This matter is before the Court upon the Government's Motion For Modification Of Imposed Term Of Imprisonment. (Doc. 329).

The Court, having reviewed the Motion, concludes that the Motion is supported by good cause. It is therefore **ORDERED** that the Government's Motion is **GRANTED** and the Defendant's term of imprisonment is modified to reflect a one-month variance down to 7 months.

The Clerk is directed to amend the Judgment to reflect the one-month variance to a term of 7 months. Moreover, the Clerk is directed to send copies of this Order to the United States Probation Office, the United States Marshal's Service, and the United States Attorney's Office.

Signed: June 21, 2017

Richard L. Voorhees
United States District Judge